

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00409-CR

Christopher **CASTORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2508
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 27, 2019.

Sandee Bryan Marion, Chief Justice